# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mohamed Adam Hashim Eid, | No. CV-26-00227-PHX-MTL (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Christopher McGregor, et al., | |
| Respondents. | |

The Court has considered Respondents' response to the Order to Show Cause. Respondents indicate that they are "unable to ascertain sufficient facts at this time to establish that there is a 'significant likelihood of removal in the reasonably foreseeable future.'" (Doc. 8 quoting *Zadvydas v. Davis*, 533 U.S. 678, 701) (2001).) Moreover, "Respondents do not oppose Petitioner's request for release at this time." (*Id.*) The Court wishes to thank Respondents for their diligence and candor in responding to the Order to Show Cause.

**IT IS THEREFORE ORDERED** that the Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**. Respondents must release Petitioner from detention forthwith and do so under any previous terms of supervision applicable prior to detention.

**IT IS FURTHER ORDERED** that, within three days of release, Respondents must file a notice of compliance.

. . . .

. . . .

**IT IS FINALLY ORDERED** that the Clerk of Court must enter judgment for Petitioner and close this case.

Dated this 22nd day of January, 2026.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge